AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  1:19-mj-9-SKL |
| ROBIN WOODS MOORE | ) |
|  | ) Charg Dist # 5:18-cr-559-MHH-JHE |
| *Defendant* | ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northern___ District of ___Alabama, NE Div.___,

*(if applicable)* The defendant may need an interpreter for this language: **n/a**

The defendant:  ☐ will retain an attorney.

X  Is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: January 31, 2019

s/ *Susan K. Lee*
**SUSAN K. LEE**
**U.S. Magistrate Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:19-mj-9-SKL |
| v. | ) Northern Dist. of Alabama -NE Div |
| | ) Charging Dist. No. 5-18-cr-559-MHH-JHE |
| | ) |
| ROBIN WOODS MOORE | ) |
| | ) |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on January 31, 2019, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment out of the U.S. District Court, Northern District of Alabama, Northeastern Division.   Those present for the hearing included:

(1) AUSA Frank Clark for the USA.
(2) The defendant, Robin Woods Moore.
(3) Attorney Jackson Whetsel with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.   Attorney Whetsel with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with her attorney.   It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Clark moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Northern District of Alabama, Northeastern Division.   The defendant admitted she is the person named in the Indictment and arrest warrant, waived any detention hearing in this district, and asked that her hearings and any further proceedings be held in the U.S. District Court, Northern District of Alabama, Northeastern Division.

It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending her transfer to the

U.S. District Court, Northern District of Alabama, Northeastern Division as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Northern District of Alabama, Northeastern Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:19-mj-9-SKL |
| v. | ) Northern Dist. of Alabama -NE Div |
| | ) Charging Dist. No. 5-18-cr-559-MHH-JHE |
| | ) |
| ROBIN WOODS MOORE | ) |
| | ) |

## O R D E R

The Court finds that defendant, ROBIN WOODS MOORE, does not have the funds to retain an attorney of her choice and that defendant wants to be represented by counsel. Accordingly, it is **ORDERED** the following counsel will be appointed to represent the defendant in this District:

>Federal Defender Services of Eastern Tennessee, Inc.
>Suite 203 - Flatiron Building
>707 Georgia Avenue
>Chattanooga, Tennessee 37402
>
>Telephone: 423/756-4349
>Fax: 423/756-4345

ENTER.

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

1 *As a condition of the appointment of counsel to represent the defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered the defendant by his appointed counsel and any expenses in connection therewith.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:19-mj-9-SKL |
| v. | ) Northern Dist. of Alabama -NE Div |
| | ) Charging Dist. No. 5-18-cr-559-MHH-JHE |
| | ) |
| ROBIN WOODS MOORE | ) |
| | ) |

ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Defendant was arrested in the Chattanooga Division of this Court and had her initial appearance before Susan K. Lee, United States Magistrate Judge, on January 31, 2019.

Upon motion of the government for detention of the defendant, and defendant's waiver of a detention hearing in this district, it is **ORDERED** that defendant be temporarily detained until her arrival in the U.S.D.C., Northern District of Alabama, Northeastern Division at which time the United States Marshal will advise the appropriate clerk or judge of defendant's arrival so that a detention hearing and other appropriate proceedings may be set.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  1:19-MJ-9-SKL |
| ROBIN WOODS MOORE | ) |
| | ) Charging District's Case No.  5:18-CR-559-MHH-JHE-NDAL |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Northern District of Alabama   Northeastern Division   .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   01/31/2019

*Defendant's signature*

*Signature of defendant's attorney*

Federal Defender Services of Eastern Tennessee
*Printed name of defendant's attorney*

U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ Initial Appearance ☐ Complaint ☐ Preliminary Exam ☐ Motion Hearing
☑ Indictment ☐ SSI ☐ Information ☐ Detention Hearing ☐ Bond Hearing
☐ Petition for Probation/Supervised Release action ☐ Arraignment ☐ Arraignment on SSI

Case No. 1:19-mj-9   USA v. Robin Woods Moore

**PRESENT:** Honorable Susan K. Lee     ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

Frank Clark   Jackson Whetsel   Kim Williams
Assistant U.S. Attorney   Attorney for Defendant   Probation Officer
　　　　　　　　　　　　　　☑ Appt. ☐ Retd ☐ Ltd. App.

Courtney Camp
Courtroom Deputy   Court Reporter   Interpreter(s)   ☐ SWORN

Digital Recording: Crtrm 1B ☐   OR Crtrm 4 ☑

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN   **DATES SET:**

☑ Financial affidavit(s) executed          Detention hearing: _____
☑ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)   Preliminary exam: _____
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights   Revocation hearing: _____
☐ Deft advised of Rules 20, 5 FRCrP
☑ Deft executed waiver of Rule 5, 5.1 hearing   Arraignment: _____
☐ Deft waived reading of indictment/information
☐ Indictment/Information read          OTHER: _____
☐ Deft pleads not guilty to counts _____
☐ Not guilty plea entered by Court on deft's behalf
☐ Deft. entered no plea

Court ordered file ☐ sealed OR ☐ unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**

Rule 5 Out proceedings held. Defendant is placed in temporary custody pending a detention hearing in the charging district (Northern District of Alabama).
I, Courtney Camp, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Chatt 4-11-CR-25_20190131_134604

**BOND**
☑ Govt. motion for detention without bond: ☑ granted ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____   Type: _____

Defendant ineligible for release on bond: _____

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond ☐ released on bond

Time: 3:10 to 3:25   Date: 1/31/19

rev 3/09

# Live Database
## U.S. District Court - Eastern District of Tennessee (Chattanooga)
## CRIMINAL DOCKET FOR CASE #: 1:19-mj-00009-SKL-1
### Internal Use Only

Case title: USA v. Moore

Date Filed: 01/31/2019
Date Terminated: 01/31/2019

Assigned to: Magistrate Judge Susan K Lee

### Defendant (1)

**Robin Woods Moore**
*TERMINATED: 01/31/2019*

represented by **Jackson Whetsel**
Federal Defender Services of Eastern Tennessee, Inc. (Chatt)
One Central Plaza, Suite 600
835 Georgia Avenue
Chattanooga, TN 37402
423-756-4349
Email: Jackson_Whetsel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

**USA**  represented by **Franklin Pearson Clark**
U S Department of Justice (Chattanooga USAO)
Office of U S Attorney
1110 Market Street
Suite 515
Chattanooga, TN 37402
423-385-1312
Email: frank.clark@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 02/04/2019 | 8 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Robin Woods Moore. Defendant committed to District of Northern District of Alabama, NE, Division. Signed by Magistrate Judge Susan K Lee on 2/4/2019. (Serviced Copy to USM) (DJH, ) (Entered: 02/04/2019) |
| 02/04/2019 | 7 | ☐ | MEMORANDUM AND ORDER: ARRAIGNMENT ON INDICTMENT as to Robin Woods Moore Signed by Magistrate Judge Susan K Lee on 2/4/2019. (DJH, ) (Entered: 02/04/2019) |
| 02/04/2019 | 6 | ☐ | ORDER as to Robin Woods Moore Signed by Magistrate Judge Susan K Lee on 2/4/2019. (DJH, ) (Entered: 02/04/2019) |
| 02/04/2019 | 5 | ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Robin Woods Moore Signed by Magistrate Judge Susan K Lee on 2/4/2019. (DJH, ) (Entered: 02/04/2019) |
| 01/31/2019 | 🔒 | | (Court only) ***Terminated defendant Robin Woods Moore, pending deadlines, and motions. (CNC, ) (Entered: 01/31/2019) |
| 01/31/2019 | 4 | ☐ | Minute Entry for proceedings held before Magistrate Judge Susan K Lee:Initial Appearance in Rule 5(c)(3) Proceedings as to Robin Woods Moore held on 1/31/2019 Appearance entered by Jackson Whetsel for Robin Woods Moore on behalf of defendant. (CNC, ) (Entered: 01/31/2019) |
| 01/31/2019 | 3 | ☐ | WAIVER of Rule 5(c)(3) Hearing by Robin Woods Moore (CNC, ) (Entered: 01/31/2019) |
| 01/31/2019 | 🔒 2 | ☐ | CJA 23 Financial Affidavit by Robin Woods Moore (CNC, ) (Entered: 01/31/2019) |

| 01/31/2019 | 1 | ☐ | Rule 5(c)(3)Documents Received as to Robin Woods Moore. (Attachments: # 1 Indictment)(CNC, ) (Entered: 01/31/2019) |

View Selected

or

Download Selected