UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| v.                       } | CASE NO.  5:18-cr-559-MHH-JHE |
| } | |
| ROBIN WOODS MOORE        } | |

## ORDER OF DETENTION

Based on the defendant's knowing, intentional, and voluntary waiver of her right to a bond hearing on this date, the court hereby orders defendant **DETAINED** pending resolution of the present matter.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. She will be afforded a reasonable opportunity for private consultation with defense counsel.

On order of any court of the United States or on request from an attorney for the government, the person in charge of the corrections facility where she is being housed shall deliver the defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

**DONE** this 3rd day of April, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE