## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 5:18-CR-00559-MHH-JHE |
| ) | |
| ROBIN WOODS MOORE, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE SETTING OF THIS CASE FOR TRIAL

COMES NOW Bruce A. Gardner, counsel for the above-named Defendant, and hereby moves this Honorable Court for a continuance of any trial to be scheduled in this matter on or before June 13, 2019.  As grounds for this motion, counsel would show unto this Honorable Court as follows:

1. This matter was originally scheduled for trial on June 3, 2019.

2. The Defendant had advised undersigned counsel that she wished to be placed on the Court's consent docket to change her plea.

3. Subsequently, the June 3rd trial date in this matter was cancelled and this case was set on the Court's consent docket for June 10, 2019.

4. Undersigned counsel met with the Defendant this date to execute the appropriate paperwork in advance of the consent docket set for June 10, 2019.

5. At said meeting, the Defendant abruptly changed her mind, stated that she was not guilty and demanded a trial in this matter.

6. Counsel has been made aware by this Honorable Court that, to be in compliance with The Speedy Trial Act, this matter would have to be set for trial on or before June 13, 2019.

7. Undersigned counsel has plans to be outside the state of Alabama at a federal CLE seminar beginning Wednesday, June 5, 2019 and will not return until Sunday, June 9, 2019.  As such, counsel does not feel that he can adequately prepare to try this matter should same be scheduled on or before June 13, 2019.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel most respectfully moves this Honorable Court for a continuance of any trial setting in this matter on or before June 13, 2019.

Respectfully submitted this the 4th day of June, 2019.

    s/ Bruce A. Gardner
    Bruce A. Gardner
    P. O. Box 18636
    Huntsville, AL  35804-8636
    Phone:       (256) 533-5756
    Fax:            (256) 533-0046
    E-mail:        monna@gardnerlaw.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   CASE NO.:  5:18-CR-00559-MHH-JHE |
| | ) |
| ROBIN WOODS MOORE, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to John J. Geer, III, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Bruce A. Gardner
    Bruce A. Gardner
    P. O. Box 18636
    Huntsville, AL  35804-8636
    Phone:	(256) 533-5756
    Fax:	(256) 533-0046
    E-mail:	monna@gardnerlaw.org